

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00278-CR

Brandyn **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR11610
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is
DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED July 3, 2024.

Liza A. Rodriguez, Justice